**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION
CASE NUMBER: 3:19-CV-02275-CMC**

| | |
|---|---|
| James River Insurance Company,<br><br>Plaintiff,<br><br>v.<br><br><br>Kentrell Counts, Celeste "Nikki" Poole, Chance Shaw, Damonte Meetze, Jhaki Cash Solomon, Karen Moody, Curtis Bouknight Divinta Pough, Marcelleus Robinson, Cierra Anderson, Kristy Green, Daisha Glenn, Anthony Bryant, Cedquan Golden, De'Zeonna Young, Albert Spann, Leon Martin, Kristopher Belton, Tiris Coates, Tavis Werts, Jeremy Holloway, Asia Bethel, Takeria Octavia Brown, Edward Brown, Xavier Murray, Julian Wilder, Lorenzo Gilmore, Khadijah Robinson, Andre Gladden, Kadijah Hart, Octavius Smith, Jamelah Harris, Asher Veree, Jeremy Hickson, Toyya Hingleton, James Lykes, Tarik Williams, Felicia Jeter, Tonja Adams, Tabitha R. Cartledge, Seneca Jenkins, Chaise Glasper, Troy Brown, Elias Hall, Myesha Blakely, Booker Henley, Vanessa Brown, Davonte Taylor, Latresse Richardson, and Dvante Harris,<br><br>Defendants. | **MOTION FOR AN ORDER OF DEFAULT AGAINST DEFENDANT TROY BROWN** |

NOW COMES Plaintiff, James River Insurance Company (hereinafter "JRIC"), by and

through its undersigned council, pursuant to Rules 55(a) and 55(b)(1) of the Federal Rules of

1

Civil Procedure, moves the Court to enter default against Defendant Troy Brown based on his failure to plead, answer, file a motion, or otherwise defend in this action. In support of the motion, the JRIC shows the following to the court:

1. A Summons and Complaint was filed on behalf of JRIC on March 22, 2019, in the United States District Court for the District Court of South Carolina, Beaufort Division. [ECF No. 1 and ECF No. 3]

2. Raiser, LLC, a wholly owned subsidiary of Uber Technologies. Raiser, LLC, collects the income from the Uber ride-sharing app. Uber drivers are independent contractors of Raiser, LLC, which handles and processes all payments from Uber customers and to Uber drivers.

3. James River issued a Business Automobile insurance policy, Policy No. CA436100SC-02, to Raiser, LLC with effective dates of March 1, 2017 to March 1, 2018 (hereinafter "the Policy"). The Policy provides an uninsured motorist ("UM") coverage limit of $1,000,000.00 per accident and an underinsured motorist ("UIM") limit of $1,000,000.00 per accident.

4. The Policy provides UM coverage and UIM coverage to certain Uber drivers and passengers who qualify as insureds for liability arising out of certain risks under the insuring agreement and excludes certain risks through the policy exclusions.

5. Upon information and belief, all of the Defendants have or will seek UM coverage or UIM Coverage under Policy No. CA436100SC-02, alleging that they were injured when their Uber vehicle was involved in an alleged motor vehicle accident with an unknown driver or an underinsured driver.

6. Upon information and belief, all but two Defendants were passengers in an Uber driver's vehicle at the time of the alleged accidents and have asserted or will assert claims for bodily injuries as a result of the alleged accidents. Defendants Kadijah Hart and Vanessa Brown were the only two defendants who were working as Uber drivers at the time of the motor vehicle accidents, and both have asserted claims for bodily injuries as a result of the alleged accidents.

7. Upon information and belief, many of the defendants are social acquaintances, neighbors, and/or have other personal relationships with their co-defendants. Such personal relationships decrease the likelihood that the defendants were all actually involved in real hit-and-run accidents while using an Uber ride service and increase the likelihood that these alleged "accidents" are actually staged motor vehicle accidents for the purpose of committing insurance fraud.

8. Upon information and belief, no collision occurred, or, if a collision did occur, the collision was created intentionally by the Defendants, or with the Defendants knowledge and acquiesces.

9. Upon information and belief, the Defendants colluded together to create false claims for insurance proceeds.

10. Upon information and belief, if any collision did occur, the collision was staged as a part of the Defendants' attempt to create a false claim for insurance proceeds.

11. Presentation of a fraudulent insurance claim is a violation of South Carolina law.

## SPECIFIC ALLEGATIONS OF EACH MOTOR VEHICLE ACCIDENT

### August 26, 2018- Defendant Troy Brown

12. In paragraph 90 on pages 20-21 of the Complaint, JRIC alleges that on August 26, 2018, Defendant Venessa Brown was working as an independent contractor for Raiser, LLC as an Uber driver in Richland County, South Carolina. Defendants Seneca Jenkins (who also may be known as Keon Smith), Chaise Glasper, and Troy Brown were riders in Defendant Brown's vehicle when they were involved in a "hit and run" motor vehicle accident on Barbara Drive in the City of Columbia, Richland County, South Carolina. While Defendant Brown was traveling northbound on Barbara Drive an unidentified vehicle struck her vehicle in the rear, then performed a U-turn and fled the scene. Defendants Troy Brown and Seneca Jenkins (who also may be known as Keon Smith) were transported by EMS to Palmetto Health Richland Emergency Department, and Defendants Vanessa Brown and Chaise Glasper were transported by EMS to Providence Health Emergency Department. Defendants Vanessa Brown and Troy Brown received followed up treatment at Providence Health Emergency Department. The damages to Defendant Vanessa Brown's vehicle were valued at Three Thousand Three Hundred Ninety-Nine and 58/00 ($3,399.58) dollars. The damages are consistent with an impact with a fixed object and inconsistent with an impact with a moving vehicle.

13. The Summons and Complaint were personally served upon Defendant Troy Brown, at his residence located at 4821 Kenwood Road, Manning, South Carolina, 29102, by leaving copies with Sherri Brown, the Defendant's wife with whom the Defendant resides.

14. A copy of the Affidavit of Service, indicating personal service upon the Defendant, Troy Brown, was filed on November 5, 2019 [ECF No. 46 and ECF No. 46-1].

15. On August 28, 2019, Defendant Troy Brown filed an answer on his behalf denying the allegations and demanding strict proof thereof.  [ECF No. 5].

16. On September 3, 2019, this Court issued an Order directing Defendant Troy Brown to submit fully completed and signed answers to the court's interrogatories pursuant to Local Civil Rule 26.01 (D.S.C.), within twenty-one days from the date of the order. [ECF No. 6].

17. On October 21, 2019, this Court issued an Order directing Defendant Troy Brown to submit fully completed and signed answers to the court's interrogatories pursuant to Local Civil Rule 26.01 (D.S.C.), no later than October 28, 2019.  The Order went on to state that if Defendant Troy Brown failed to comply, the imposition of sanctions will result, which may include striking the Defendant's Answer. [ECF No. 41].

18. On June 24, 2020, JRIC moved this Court to strike Defendant Troy Brown's Answer for failing to participate in this action beyond filing his Answer. [ECF No. 65].

19. On July 27, 2020, this Court issued an Order striking Defendant Troy Brown's answer from the record. [ECF No. 67].

20. The Clerk of Court entered a default against Defendant Troy Brown on July 27, 2020, as evidenced by the entry of default. [ECF No. 68].

WHEREFORE, the Plaintiff now submits this written motion for default judgement and moves the court for an order entering a default judgment against Defendant Troy Brown declaring that the Policy does not provide coverage for claims arising out of the above-described

purported collision, that the policy is void due to fraud, and for such other and further relief in favor of the Plaintiff as the court deems just and appropriate.

                MURPHY & GRANTLAND, P.A.

                *s/Susan O. Porter*
                John Robert Murphy, Esquire (Fed ID 3119)
                Susan O. Porter, Esquire (Fed. ID 12534)
                Post Office Box 6648
                Columbia, South Carolina 29260
                (803) 782-4100
                (803) 782-4140 (facsimile)
                jrmurphy@murphygrantland.com;
                sporter@murphygrantland.com
                ***Attorneys for Plaintiff***

Columbia, South Carolina
July 29, 2020